UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   CARPATHIAN ENERGY COMPANIE
PETROLIERA S.R.L.                        CASE NO.   18-02074-ee

DEBTOR(S)                                CHAPTER   11

CHAPTER 11 PROCEEDING MEMO
AND MINUTES OF § 341 MEETING
JULY 23, 2018 – 9:00 A.M.
JACKSON, MS

1. Name of attorney(s) for Debtor(s): John D. Moore, P.A.

2. Has Attorney(s) for Debtor(s) filed a fee disclosure statement pursuant to 11 U.S.C. § 329 and Federal Rule of Bankruptcy Procedure 2016? **X** Yes ____ No.

3. Has a Chapter 11 Creditors' Committee or Equity Security Holders' Committee been appointed pursuant to 11 U.S.C. § 1102? ____ Yes **X** No.

4. Appearances:   ( ) Debtor(s)
   (**X**) Debtor(s) representative(s) = Sebastian P. Greaves
   (**X**) Attorney(s) for Debtor(s) = John D. Moore
   (**X**) Creditor(s):  (See attached appearance sheet)

5. Debtor(s) examined under oath or affirmation by:
   ( ) Attorney for Debtor(s)    (**X**) Creditors
   (**X**) UST designee           ( ) Others (specify below)

6. **On or before August 6, 2018, the Debtor shall**:

   (1) amend Schedules A/B and G to remove all oil and gas leases ("concessions") from Schedule A/B and include them on Schedule G;

   (2) submit to the UST a copy of the signature pages for Alexandru Popescu from the Debtor's petition, schedules, and statements;

   (3) submit to the UST a copy of the written authority for Sebastian P. Greaves as designated representative at the Debtor's § 341 meeting;

   (4) submit to the UST proof of all types of the Debtor's insurance with the UST listed as a party of notice;

1

      (5) <u>submit to the UST a Declaration of Pre-petition Account Closings (IDI Attachment V) for all debtor-in-possession ("DIP") bank accounts at an authorized depository</u>; and

      (6) <u>submit to the UST a copy of the signature card and an original voided check for each DIP bank account</u>.

7.     Do(es) the Debtor(s) pay a Domestic Support Obligation? **N/A**.

8.     Fifth Amendment invoked by Debtor(s)? _____ Yes **X** No.

9.     Meeting adjourned (**X**) Yes ( ) No.  If no, meeting is continued to _____, <u>2018</u>, at _____, in <u>Jackson, MS</u>.

<u>Additional notes and/or comments</u>:  None.

(Proceeding recorded)                               */s/Christopher J. Steiskal, Sr.*
                                                                  CHRISTOPHER J. STEISKAL, SR.
                                                                  PRESIDING OFFICER

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: CARPATHIAN ENERGY COMPANIE
PETROLIERA S.R.L.                           CASE NO.  18-02074-ee

DEBTOR(S)                                          CHAPTER  11

§ 341(a) APPEARANCE SHEET

§ 341(a) LOCATION: Jackson, MS
DATE: July 23, 2018
TIME: 9:00 A.M.
U.S. TRUSTEE REPRESENTATIVE: Christopher J. Steiskal, Sr.
Trial Attorney

| Name and Address (Print Legibly) | Attorney, Debtor OR Representative of Creditor (Print Legibly) | Signature |
|---|---|---|
| Sebastian Greaves | Representative | [signature] |
| John Moore | Attorney - DR | [signature] |
| Randal Eubanks | Creditor | [signature] |
| Nikeshia Agee | Rep of creditor | [signature] |
| Sylvie Robinson | Creditor MDEK | [signature] |