_____

SO ORDERED,

*Edward Ellington*

**Judge Edward Ellington**
**United States Bankruptcy Judge**
**Date Signed: November 28, 2018**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

| | | | |
|---|---|---|---|
| IN RE: | CARPATHIAN ENERGY COMPANIE PETROLIERA S.R.L. | CASE NO. | 18-02074-ee |
| | DEBTOR(S) | CHAPTER | 11 |

### AGREED ORDER

THIS DAY THIS CAUSE came on for consideration of the United States Trustee for Region 5's ("UST") Motion to Convert or Dismiss (DKT. #46), the Debtor's Response thereto (DKT. #57), and the UST's Amended Motion to Convert or Dismiss (DKT. #67). The UST and the Debtor have reached an agreement and have requested that the Court approve same. After fully considering the matter, the Court is of the opinion that the agreement should be approved; therefore,

**IT IS ORDERED** that the United States Trustee's Amended Motion to Dismiss Case (DKT. #67) is hereby granted, and this case is hereby dismissed.

**IT IS FURTHER ORDERED** that the Debtor shall, within fourteen days of the date of the entry of this order, timely file with the Court and submit to the UST any and all remaining monthly operating reports ("MORs") in accordance with the UST's *Chapter 11 Operating Guidelines and Reporting Requirements* ("OGRR-11") up to and including the date of dismissal.

1

**IT IS FURTHER ORDERED** that the Debtor shall, within fourteen days of the date of the entry of this order, timely pay to the UST the appropriate sum for quarterly UST fees required under 28 U.S.C. § 1930(a)(6) for each calendar quarter up to and including the calendar quarter containing the date of dismissal.

**IT IS FURTHER ORDERED** that the Court hereby retains jurisdiction over the Debtor's filing of monthly operating reports and the Debtor's payment of quarterly UST fees.

##END OF ORDER##

**AGREED TO AS TO FORM AND CONTENT:**
*/s/John D. Moore (with permission)*
DEBTOR COMPANIE ENERGY COMPANIE PETROLIERA S.R.L.
BY:  JOHN D. MOORE (MSB #10610)
ATTORNEY FOR DEBTOR
JOHN D. MOORE, P.A.
P.O. BOX 3344
RIDGELAND, MS  39158-3344
TEL:  (601) 853-9131
EMAIL:  john@johndmoorepa.com

**AGREED TO AND ORDER SUBMITTED BY:**
*/s/Christopher J. Steiskal, Sr.*
CHRISTOPHER J. STEISKAL, SR. (MSB #101654)
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE, REGION 5
501 EAST COURT STREET, SUITE 6-430
JACKSON, MS  39201
TEL:  (601) 965-5241
EMAIL:  christopher.j.steiskal@usdoj.gov